**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ismael Antonio Murphy-Richardson,<br><br>Petitioner,<br><br>v.<br><br>Maricopa County Superior Court, et al.,<br><br>Respondents. | No. CV-21-00954-PHX-ROS<br><br>**ORDER** |

On November 17, 2021, Magistrate Judge Deborah M. Fine issued a Report and Recommendation ("R&R") addressing the amended petition for writ of habeas corpus. (Doc. 119). The R&R concludes some of Petitioner's claims were procedurally defaulted while others cannot be brought in a federal habeas proceeding. The R&R recommends the amended petition be denied in full. The R&R also recommends denial of Petitioner's motion to stay state court proceedings as well as his request to stay these federal proceedings. (Doc. 119 at 28-31).

On December 1, 2021, Petitioner filed objections to the R&R. (Doc. 143 at 3). Those objections, however, do not set forth any factual or legal arguments regarding particular portions of the R&R. Instead, the objections argue there is "new reliable" evidence the R&R ignored. While not clear, the allegedly new evidence appears to be Petitioner's own allegations in the present case. The absence of specific objections to the R&R is "tantamount to no objection at all." *Haley v. Stewart*, 2006 WL 1980649, at *2 (D. Ariz. July 11, 2006). Therefore, the Court need not review the R&R and it will be

adopted in full.

In addition to the motions to stay addressed in the R&R, Petitioner has filed many other motions related to the handling of this case. Petitioner has also filed objections to many decisions made by the Magistrate Judge before the R&R was issued. The Court has reviewed those filings but none of them have merit. Therefore, the objections and motions will be summarily denied.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 119) is **ADOPTED** in full. The amended petition for writ of habeas corpus (Doc. 9) is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall enter judgment in favor of Respondents.

**IT IS FURTHER ORDERED** a certificate of appealability is **DENIED** because jurists of reason would not find it debatable whether the Court was correct in its procedural ruling.

**IT IS FURTHER ORDERED** the following appeals of Magistrate Judge orders and the following motions are all **DENIED** (Doc. 43, 53, 60, 61, 65, 90, 113, 114, 115, 118, 120, 121, 125, 126, 127, 132, 133, 134, 135, 136, 137, 138).

Dated this 13th day of December, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge